Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
9845 Erma Road, Suite 300
San Diego, California 92131
(619) 500-6683
(619) 810-2980 fax
*roberto@robertorobledo.com*

Attorneys for Plaintiff Veronica Ruiz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Veronica Ruiz**, an individual, | Case No. 3:14-cv-00881-L-JMA |
| Plaintiff, | |
| v. | **Notice of Settlement** |
| **Riexinger & Associates, LLC,** a limited liability company | |
| Defendant. | |

     Plaintiff Veronica Ruiz ("Plaintiff") files this Notice of Settlement to inform the Court that Plaintiff and Defendant Riexinger & Associates, LLC ("Riexinger") by and through their counsel have reached an agreement in principle to settle all claims pending in the present litigation.

\\\
\\\
\\\

Notice of Settlement—1

|    |    |
|----|----|
| 1  | Plaintiff and Riexinger are in the process of documenting a formal settlement agreement.  The parties anticipate a Motion to Dismiss this action within 60 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 7, 2014 for filing a Dismissal. |

Plaintiff and Riexinger are in the process of documenting a formal settlement agreement.  The parties anticipate a Motion to Dismiss this action within 60 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 7, 2014 for filing a Dismissal.

Respectfully submitted,

Dated:   May 8, 2014.			Law Offices of Roberto Robledo

*/s/ Roberto Robledo*

Attorneys for Plaintiff