Roberto Robledo (SBN 260041)
LAW OFFICES OF ROBERTO ROBLEDO
9845 Erma Road, Suite 300
San Diego, California 92131
(619) 500-6683
(619) 810-2980 fax
*roberto@robertorobledo.com*

Attorneys for Plaintiff Veronica Ruiz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Veronica Ruiz**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**Riexinger & Associates, LLC,** a limited liability company<br><br>Defendant. | Case No. 3:14-cv-00881-L-JMA<br><br><br>**Notice of Voluntary Dismissal with Prejudice** |

NOTICE IS HERBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff Veronica Ruiz voluntarily dismisses the above-captioned action with prejudice.

Respectfully submitted,

Dated:   June 9, 2014.           Law Offices of Roberto Robledo

                                 */s/ Roberto Robledo*

                                 Attorneys for Plaintiff

Notice of Voluntary Dismissal with Prejudice—1

## CERTIFICATE OF SERVICE

I, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Roberto Robledo, located at 9845 Erma Road, Suite 300, San Diego, CA 92131. On June 9, 2014 I served the document **Notice of Voluntary Dismissal with Prejudice** via U.S. Mail, by placing the document in a sealed envelope with postage thereon fully prepaid at San Diego, California and addressed as set forth below.

**Michael R. Simmonds**
**Simmonds & Narita, LLP**
**44 Montgomery Street, Suite 3010**
**San Francisco, CA 94104-4816**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Diego, California, on the date set forth below.

Dated: June 9, 2014                    */s/ Roberto Robledo*

Notice of Voluntary Dismissal with Prejudice—2